CARLAYNE SIMS, Appellant, v CITY OF NEW YORK, Respondent.

Submitted December 21, 2015; decided February 11, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 998 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

In the Matter of GERARD V. SUNNEN, M.D., Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH, Respondent.

Submitted December 7, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge GARCIA taking no part.

In the Matter of INJAH TAFARI, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted December 14, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judges STEIN and GARCIA taking no part.